McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814-2322
Telephone: (916) 554-2700

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| OLGA ABRAMOFF, | CIV-S-04-2168 PAN |
|---|---|
| Plaintiff, | STIPULATION REMANDING THE CASE AND DIRECTING THE CLERK TO ENTER JUDGMENT; [proposed] ORDER |
| v. | |
| JO ANNE B. BARNHART, Commissioner of Social Security, | |
| Defendant. | |

      IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court as provided below, that the Commissioner has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings. The purpose of the remand is to offer Plaintiff a new hearing and decision.

      Upon remand, the Appeals Council will remand this case to an Administrative Law Judge (ALJ), and direct him or her to re-contact Plaintiff's treating and examining sources as necessary and address all medical opinions in accordance with the regulations and rulings. The ALJ will also obtain the assistance of a medical expert, with a specialty in mental health, to address Plaintiff's ability to perform basic work-related activities on or before September 30, 2000, the date Plaintiff was last insured for Title II benefits. In addition, the ALJ will evaluate the credibility of Plaintiff's subjective complaints, in accordance with the regulations and rulings, and take into consideration the third-party evidence.

///

1    It is further stipulated that the Clerk shall enter a separate judgment, as provided for
2 under Rules 58 and 79(a) of the Federal Rules of Civil Procedure, pursuant to <u>Shalala v.</u>
3 <u>Schaefer</u>, 509 U.S. 292, 113 S. Ct. 2625 (1993).
4    The parties further stipulate that counsel for Plaintiff will provide a facsimile of this
5 stipulation bearing counsel's signature for retention in Defendant's case file, and hereby
6 authorizes counsel for Defendant to file this document in .pdf format under the latter's Electronic
7 Case Filing password, pursuant to Local Rule 7-131.

9  DATED: May 3, 2005          */s/ Kevin C. Thurber*
10                              KEVIN C. THURBER
                                Attorney at Law
11                              Attorney for Plaintiff

13  DATED: May 4, 2005          McGREGOR W. SCOTT
                                United States Attorney

15                              By: */s/ Bobbie J. Montoya*
                                BOBBIE J. MONTOYA
16                              Assistant U. S. Attorney
                                Attorneys for Defendant

18  OF COUNSEL:

19  LUCILLE GONZALES MEIS
    Chief Counsel, Region IX

20  DENNIS J. HANNA
    Assistant Regional Counsel

22  United States Social
      Security Administration

28  RE:   OLGA ABRAMOFF v. JO ANNE B. BARNHART, Civ-S-04-2168 PAN, STIPULATION AND ORDER
    STIPULATION REMANDING THE CASE AND DIRECTING THE CLERK TO ENTER JUDGMENT; [proposed] ORDER

McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814-2322
Telephone: (916) 554-2700

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLGA ABRAMOFF,<br><br>        Plaintiff,<br><br>  v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of<br>Social Security,<br><br>        Defendant. | CIV-S-04-2168 PAN<br><br>[proposed] ORDER REMANDING THE CASE AND DIRECTING THE CLERK TO ENTER JUDGMENT |

   Good cause appearing, <u>ABRAMOFF v. Barnhart</u>, Civ-S-04-2168 PAN, is hereby REMANDED pursuant to 42 U.S.C. § 405(g) for further proceedings consistent with the stipulation of the parties. The prior administrative decision relative to the claim herein is vacated. The Clerk is directed to enter Judgment.

   SO ORDERED.

   Dated: May 11, 2005.

                              /s/ Peter A. Nowinski
                              PETER A. NOWINSKI
                              Magistrate Judge